**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                              NO. 4:13CR00150-001 SWW

ELIZABETH ANN DODSON                                                   DEFENDANT

## ORDER

The above entitled cause came on for hearing October 25, 2016 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**, granting government's motion [doc #16].

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *SEVEN (7) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Carswell and that she receive substance abuse treatment and mental health counseling while she is incarcerated.

There will be *ONE (1) YEAR* of supervised release following the term of incarceration and shall include the following special conditions:

> 1. Defendant must pay remainder of restitution in the amount $104,732.10. Restitution is mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to her. During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release.

The interest requirement is waived.

2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. (This special condition overrides the 7th Standard Condition of Supervision on the Judgment and Commitment Order.)

3. Defendant shall maintain or be actively seeking employment under the supervision and guidance of the U. S. Probation Office.

Defendant shall follow all standard conditions of supervised release and all other conditions previously imposed.

The defendant is eligible to self-report to the designated facility by noon or the U. S. Marshal's Office by noon on November 28, 2016.

IT IS SO ORDERED this 27th day of October 2016.

/s/Susan Webber Wright

United States District Judge